In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-449 CR


____________________



FRANK EMERY DANIELS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court at Law No. 3


Montgomery County, Texas


Trial Cause No. 04-194763






 MEMORANDUM OPINION 


 We have before the Court a motion from the appellant, Frank Emery Daniels, to
withdraw his notice of appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by
appellant personally. No opinion has issued in this appeal. The motion is granted and the
appeal is therefore dismissed.

 APPEAL DISMISSED.

 ___________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered February 22, 2006 

Do Not Publish

Before McKeithen, C.J., Gaultney, and Kreger, JJ.